KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:      hendricksk@gtlaw.com
            ewingk@gtlaw.com
            madeleine.coles@gtlaw.com

*Attorneys for Plaintiff Geoff Winkler, in his*
*Capacity as a Court-Appointed Receiver*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>GISELLE BENNETT, an individual; ANDREW LARKIN, an individual; SIDNEY CARTER, an individual; MAREN ROHNER, an individual; ANDREW M. RIVAS, an individual; PATRICK SANTORO, an individual; BRANDON B. McDONALD, an individual; ANN MABEUS, an individual; PHILLIP GOYETTE, an individual; DERON STADLER, an individual; SYDNEY JAGER, an individual; ELIE A. LEVI, an individual; DUSTY PULSIPHER, an individual; HYMAN SCHAFFNER, an individual; KELLI JAGER, an individual; ERIC L. MARSHALL, an individual; JEFFREY M. PEASON; an individual; SCOTT R. KANTER, an individual; JEFFREY J. ENO, an individual; RANDY SORENSEN, an individual; KYLE MAYER, an individual; KENNON McGEHEE, an individual; AUSTIN M. HARRIS, an individual; JOHN McDONOUGH, an individual; JACK (JACKIE) SHEMTOV, an individual; JASON GERBER, an individual; JORDAN TANNER, an individual; RONALD | CASE NO. 2:26-cv-01001-JCM-NJK (consolidated with Case No. 2:26-cv-00997-JCM-NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ANDREW RIVAS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

1

TANNER, an individual; and JAMISON ROHNER, an individual,

Defendants.

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

REINA RAMIREZ, an individual; CHRIS HATTER, an individual; KARI LEE, an individual; PHYLLIS A. LYMAN, an individual; GERALDO PILON, an individual; ALICE M. BROWN-FELIX, an individual; BRYCE HUFF, an individual; SILVIA EKERMAN, an individual; LOWELL G. RICE, an individual; JOHNNIE WILLIAMS, an individual; ANN BECK, an individual; LARRY HANNA, an individual; KELLY GWINN an individual; ASPEN JACOBY, an individual; JOSHUA WILLIAMS, an individual; DEREK RONNEBAUM, an individual; HERBERT LANG, an individual; WALTER FOEMAN; an individual; KENYA McCLOUD, an individual; TRAVIS NELSON, an individual; RYAN BIGGS, an individual; ANDREA ROSEGREEN, an individual; SHAD WILLIAMS, an individual; ANTHONY PUTERMAN, an individual; GRANT D. RICE an individual; JEROME V. WILLIAMS, an individual; and YAACOB KOREN, an individual.

Defendants.

Case No. 2:26-cv-00997-JCM-NJK

IT IS HEREBY STIPULATED by and among Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC., et al. ("*Plaintiff*"), and Defendant ANDREW RIVAS, ("*Defendant*"), as follows with respect to Plaintiff's Complaint for Fraudulent Transfer, (*see* ECF No. 1), filed on March 31, 2026:

///

2

ACTIVE 724803657v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

1. On March 31, 2026, Plaintiff initiated the above-captioned case by filing its Complaint for Fraudulent Transfer, (*see* ECF No. 1), against Defendant;

2. Plaintiff agreed to waive service to mitigate the cost of this action, (*see* ECF No. 20), and pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), the deadline for Defendant to respond to Plaintiff's Complaint was originally set for June 7, 2026;

3. Good cause to extend the time for Defendant to respond exists because the parties are attempting to settle this dispute; specifically, Defendant and Plaintiff are attempting to reconcile differences in their respective accounting for the alleged "investment" made by Defendant to J&J Consulting Services, Inc., which transactions are at the heart of the dispute between the parties;

4. Defendant has provided financial information to Plaintiff in connection with that effort, and Plaintiff is reviewing that information to determine whether the parties can compromise Plaintiff's claim against Defendant;

5. Plaintiff is a court-appointed Receiver charged with maximizing the value of the Receivership Estate and believes that a settlement, if possible, will reduce the cost of this litigation substantially and that, alternatively, the parties' informal exchange of information prior to Defendant answering or moving to dismiss will focus any remaining dispute between the Parties and still reduce the cost of discovery and of litigating Plaintiff's claims significantly;

6. Further, if Defendant is forced to spend resources submitting a response to the Complaint, the likelihood of the parties compromising prior to his doing so will be diminished;

7. Accordingly, Plaintiff agreed to provide a three-week extension of time for Defendant to respond to the Complaint such that Plaintiff could analyze the information provided by Defendant; Plaintiff could provide Defendant with Plaintiff's own accounting; Defendant could evaluate the information provided by Plaintiff, and the parties could fully explore early resolution;

8. This is the parties' first request for an extension of time for Defendant to respond to the Complaint and, barring extraordinary circumstances, the Parties will not seek a further extension; and

9. This request is not made for the purpose of hinderance or delay and is made in good faith.

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

3

10.     Accordingly, the Parties agree that Defendant's deadline to respond to the Complaint for Fraudulent Transfer, (*see* ECF No. 1), should be CONTINUED to June 29, 2026; and

11.     The parties reserve their rights in all other regards.

**IT IS SO STIPULATED**.

| GREENBERG TRAURIG, LLP | ANDREW RIVAS |
|---|---|
| */s/ Kyle A. Ewing*<br>KARA B. HENDRICKS, Bar No. 07743<br>KYLE A. EWING, Bar No. 014051<br>MADELEINE COLES, Bar No. 16216<br>10845 Griffith Peak Drive Suite 600<br>Las Vegas, Nevada  89135 | */s/ Andrew Rivas*<br>Andrew Rivas<br>1594 Dusty Canyon St<br>Henderson, Nevada 89052 |
| *Attorneys for Plaintiff, Geoff Winkler, in his Capacity as a Court-Appointed Receiver* | *Defendant, Pro Se* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 10, 2026_____

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

4

ACTIVE 724803657v1