**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Geoff Winkler,

      Plaintiff(s),

v.

Giselle Bennett, et al.,

      Defendant(s).

Case No. 2:26-cv-01001-JCM-NJK

**Order**

[Docket No. 55]

Pending before the Court is a joint motion to extend the deadline for Defendant Shad Williams to respond to the complaint. Docket No. 55. As a threshold matter, counsel are reminded that any "informal" agreement to extend this court deadline was ineffective without seeking and obtaining judicial approval. *See, e.g.*, Local Rule 7-1(b). In addition, the parties have already had months to discuss settlement. *See* Docket No. 19 (waiver of service). Nonetheless, as a courtesy to the parties, the Court will allow the extension sought. Accordingly, the joint motion is **GRANTED** in part and the deadline for Defendant Shad Williams to respond to the complaint is **EXTENDED** to June 22, 2026.

The joint motion is **DENIED** without prejudice as to the request to set a briefing schedule. *See* Local Rule IC 2-2(b).

IT IS SO ORDERED.

Dated: June 16, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1