**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Geoff Winkler,

      Plaintiff(s),

v.

Giselle Bennett, et al.,

      Defendant(s).

Case No. 2:26-cv-01001-JCM-NJK

**Order**

The governing rules have long been structured to "encourage forceful judicial management," *Sherman v. United States*, 801 F.2d 1133, 1135 (9th Cir. 1986), a sentiment that is all the more important when a party has embarked on mass litigation. The governing rules also make clear as a corollary that parties and their attorneys are not empowered to agree to altering court deadlines without seeking and obtaining judicial approval. *See, e.g.*, Local Rule 7-1(b).

This is a consolidated action that was filed in conjunction with several other related cases brought against dozens of defendants. *See* Docket No. 30. Discovery plans are due imminently in some of these related cases.[1] The Court is growing alarmed by requests being filed weeks after expiration of the deadline for a defendant to respond to the complaint that are predicated on "informal agreement[s]" among counsel. *See, e.g.*, Docket No. 60.[2] Proceeding in such manner is contrary to the governing rules and would create procedural chaos that will drain already parched judicial resources.

---

[1] For example, by default operation of Local Rule 26-1(a), a discovery plan is currently due in 2:26-cv-992-JCM-NJK on July 6, 2026.

[2] The Court previously allowed courtesy extensions. *See, e.g.*, Docket No. 57. It now appears that those earlier requests may be the tip of the iceberg, so it seems prudent to obtain clarity rather than simply continuing in the same manner.

1

The Court **ORDERS** Plaintiff to file, no later than June 25, 2026, a status report as to each non-appearing defendant identifying the (1) the date and circumstances of service (or waiver of service), or whether that defendant remains unserved, (2) the current deadline to respond to the complaint, and, (3) if that deadline has expired, why Plaintiff has not sought default or otherwise taken action. In addition, the Court **SETS** a telephonic status hearing in this case 3:00 p.m. on July 8, 2026. Counsel must coordinate their appearances with the undersigned's courtroom deputy, who can be reached at (702) 464-5566.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge