KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:     hendricksk@gtlaw.com
           ewingk@gtlaw.com
           madeleine.coles@gtlaw.com

*Attorneys for Plaintiff Geoff Winkler, in his Capacity as a Court-Appointed Receiver*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>GISELLE BENNETT, an individual; ANDREW LARKIN, an individual; SIDNEY CARTER, an individual; MAREN ROHNER, an individual; ANDREW M. RIVAS, an individual; PATRICK SANTORO, an individual; BRANDON B. McDONALD, an individual; ANN MABEUS, an individual; PHILLIP GOYETTE, an individual; DERON STADLER, an individual; SYDNEY JAGER, an individual; ELIE A. LEVI, an individual; DUSTY PULSIPHER, an individual; HYMAN SCHAFFNER, an individual; KELLI JAGER, an individual; ERIC L. MARSHALL, an individual; JEFFREY M. PEASON; an individual; SCOTT R. KANTER, an individual; JEFFREY J. ENO, an individual; RANDY SORENSEN, an individual; KYLE MAYER, an individual; KENNON McGEHEE, an individual; AUSTIN M. HARRIS, an individual; JOHN McDONOUGH, an individual; JACK (JACKIE) SHEMTOV, an individual; JASON GERBER, an individual; JORDAN TANNER, an individual; RONALD | CASE NO. 2:26-cv-01001-JCM-NJK (consolidated with Case No. 2:26-cv-00997-JCM-NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MAREN ROHNER TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

ACTIVE 725219641v1

TANNER, an individual; and JAMISON ROHNER, an individual,

Defendants.

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

REINA RAMIREZ, an individual; CHRIS HATTER, an individual; KARI LEE, an individual; PHYLLIS A. LYMAN, an individual; GERALDO PILON, an individual; ALICE M. BROWN-FELIX, an individual; BRYCE HUFF, an individual; SILVIA EKERMAN, an individual; LOWELL G. RICE, an individual; JOHNNIE WILLIAMS, an individual; ANN BECK, an individual; LARRY HANNA, an individual; KELLY GWINN an individual; ASPEN JACOBY, an individual; JOSHUA WILLIAMS, an individual; DEREK RONNEBAUM, an individual; HERBERT LANG, an individual; WALTER FOEMAN; an individual; KENYA McCLOUD, an individual; TRAVIS NELSON, an individual; RYAN BIGGS, an individual; ANDREA ROSEGREEN, an individual; SHAD WILLIAMS, an individual; ANTHONY PUTERMAN, an individual; GRANT D. RICE an individual; JEROME V. WILLIAMS, an individual; and YAACOB KOREN, an individual.

Defendants.

Case No. 2:26-cv-00997-JCM-NJK

IT IS HEREBY STIPULATED by and among Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC., et al. ("*Plaintiff*"), and Defendant MAREN ROHNER, an individual ("*Defendant*"), as follows with respect to Plaintiff's Complaint for Fraudulent Transfer, (*see* ECF No. 1), filed on March 31, 2026:

///

2

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

1. On March 31, 2026, Plaintiff initiated the above-captioned case by filing its Complaint for Fraudulent Transfer, (*see* ECF No. 1), against Defendant;

2. Plaintiff agreed to waive service to mitigate the cost of this action, (*see* ECF No. 32), and pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), the deadline for Defendant to respond to Plaintiff's Complaint was originally set for June 8, 2026;

3. On June 12, 2026 my office sent a letter to Defendant alerting them that if no response to the Complaint was received by June 26, 2026, Plaintiff intends to apply for Default Judgment.

4. On June 15, 2026, Defendant Rohner reached out to my office requesting additional time to respond to the Compliant in order to retain counsel. Defendant Rohner also expressed they will be traveling until June 27, 2026.

5. Good cause to extend the time for Defendant to respond exists because Defendant wishes to retain an attorney, which may lead to settlement discussions.

6. Plaintiff is a court-appointed Receiver charged with maximizing the value of the Receivership Estate and believes that a settlement, if possible, will reduce the cost of this litigation substantially and that, alternatively, the parties' informal exchange of information prior to Defendant answering or moving to dismiss will focus any remaining dispute between the Parties and still reduce the cost of discovery and of litigating Plaintiff's claims significantly;

7. Further, if Defendant is forced to spend resources submitting a response to the Complaint, the likelihood of the parties compromising prior to his doing so will be diminished;

8. Accordingly, Plaintiff agreed to provide a 25-day extension of time for Defendant to respond to the Complaint.

9. This is the parties' first request for an extension of time for Defendant to respond to the Complaint and, barring extraordinary circumstances, the Parties will not seek a further extension; and

10. This request is not made for the purpose of hinderance or delay and is made in good faith.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

3

11.     Accordingly, the Parties agree that Defendant's deadline to respond to the Complaint for Fraudulent Transfer, (*see* ECF No. 1), should be CONTINUED to July 3, 2026; and

12. The parties reserve their rights in all other regards.

**IT IS SO STIPULATED**.

| | |
|---|---|
| GREENBERG TRAURIG, LLP | MAREN ROHNER |
| */s/ Kyle A. Ewing* | */s/ Maren Rohner* |
| KARA B. HENDRICKS, Bar No. 07743 KYLE A. EWING, Bar No. 014051 MADELEINE COLES, Bar No. 16216 10845 Griffith Peak Drive Suite 600 Las Vegas, Nevada  89135 | Maren Rohner 1665 E. Lockwood St. Mesa, AZ 85203 |
| *Attorneys for Plaintiff, Geoff Winkler, in his Capacity as a Court-Appointed Receiver* | *Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 18, 2026_____

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773  /  Facsimile: (702) 792-9002

4

ACTIVE 725219641v1