**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
jbendavid@bendavidfirm.com
**CHRISTOPHER HANLEY, ESQ.**
Nevada Bar No. 11391
chanley@bendavidfirm.com
**JACQUELINE VOKOUN, ESQ.**
Nevada Bar No. 16400
jvokoun@bendavidfirm.com
**BENDAVID LAW**
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128
(702) 385-6114
*Attorneys for Defendant, Byrce Huff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

GISELLE BENNETT, an individual; ANDREW LARKIN, an individual; SIDNEY CARTER, an individual; MAREN ROHNER, an individual; ANDREW M. RIVAS, an individual; PATRICK SANTORO, an individual; BRANDON B. McDONALD, an individual; ANN MABEUS, an individual; PHILLIP GOYETTE, an individual; DERON STADLER, an individual; SYDNEY JAGER, an individual; ELIE A. LEVI, an individual; DUSTY PULSIPHER, an individual; HYMAN SCHAFFNER, an individual; KELLI JAGER, an individual; ERIC L. MARSHALL, an individual; JEFFREY M. PEASON; an individual; SCOTT R. KANTER, an individual; JEFFREY J. ENO, an individual; RANDY SORENSEN, an individual; KYLE MAYER, an individual; KENNON McGEHEE, an individual; AUSTIN M. HARRIS, an individual; JOHN

CASE NO. 2:26-cv-01001-JCM-NJK (consolidated with Case No. 2:26-cv-00997-JCM-NJK)

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BRYCE HUFF TO RESPOND TO PLAINTIFF'S COMPLAINT**

(FIRST REQUEST)

BendavidLaw
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

McDONOUGH, an individual; JACK (JACKIE) SHEMTOV, an individual; JASON GERBER, an individual; JORDAN TANNER, an individual; RONALD TANNER, an individual; and JAMISON ROHNER, an individual,

                Defendants.

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

                Plaintiff,

     v.

REINA RAMIREZ, an individual; CHRIS HATTER, an individual; KARI LEE, an individual; PHYLLIS A. LYMAN, an individual; GERALDO PILON, an individual; ALICE M. BROWN-FELIX, an individual; BRYCE HUFF, an individual; SILVIA EKERMAN, an individual; LOWELL G. RICE, an individual; JOHNNIE WILLIAMS, an individual; ANN BECK, an individual; LARRY HANNA, an individual; KELLY GWINN an individual; ASPEN JACOBY, an individual; JOSHUA WILLIAMS, an individual; DEREK RONNEBAUM, an individual; HERBERT LANG, an individual; WALTER FOEMAN; an individual; KENYA McCLOUD, an individual; TRAVIS NELSON, an individual; RYAN BIGGS, an individual; ANDREA ROSEGREEN, an individual; SHAD WILLIAMS, an individual; ANTHONY PUTERMAN, an individual; GRANT D. RICE an individual; JEROME V. WILLIAMS, an individual; and YAACOB KOREN, an individual.

                Defendants.

**Bendavid**Law
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

IT IS HEREBY STIPULATED by and among Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC., et al. ("*Plaintiff*"), and Defendant BYRCE HUFF, an individual ("*Defendant*"), as follows with respect to Plaintiff's Complaint for Fraudulent Transfer, (*see* ECF No. 1), filed on March 31, 2026:

1.    On March 31, 2026, Plaintiff initiated the above-captioned case by filing its Complaint for Fraudulent Transfer, (*see* ECF No. 1), against Defendant;

2.    Defendant was served with a Summons and Copy of the Complaint on June 14, 2026, making Defendant's response due on July 6, 2026;

3.    On Friday, July 3, 2026, Defendant retained the undersigned counsel to represent him in this action;

4.    Having been retained on the eve of Defendant's deadline to respond, the undersigned counsel requires a reasonable period of time to review the Complaint and the docket, to gather and review the documents concerning the transfers at issue, and to become familiar with the underlying receivership proceedings, in order to respond meaningfully to the Complaint;

5.    Good cause for the requested extension exists because Defendant has now retained counsel, counsel wishes to get up to speed on the matter, and the Parties wish to explore a potential resolution of this action with the Receiver before further litigation;

6.    Plaintiff is a court-appointed Receiver charged with maximizing the value of the Receivership Estate and believes that a settlement, if possible, will reduce the cost of this litigation substantially and that, alternatively, the Parties' informal exchange of information prior to Defendant answering or moving to dismiss will focus any remaining dispute between the Parties and still reduce the cost of discovery and of litigating Plaintiff's claims significantly;

**Bendavid** Law
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

7. Further, if Defendant is forced to spend resources submitting a response to the Complaint before his newly retained counsel has had the opportunity to evaluate the matter and confer with the Receiver, the likelihood of the Parties compromising prior to his doing so will be diminished;

8. This is the Parties' first request for an extension of time for Defendant to respond to the Complaint and, barring extraordinary circumstances, the Parties will not seek a further extension;

9. This request is not made for the purpose of hindrance or delay and is made in good faith;

10. Accordingly, the Parties agree that Defendant's deadline to respond to the Complaint for Fraudulent Transfer, (*see* ECF No. 1), should be CONTINUED to Wednesday, August 5, 2026; and

11. The Parties reserve their rights in all other regards.

**IT IS SO STIPULATED**.

| GREENBERG TRAURIG, LLP | BENDAVID LAW |
|---|---|
| _/s/ Kyle A. Ewing, Esq._ | _/s/ Jeffery A. Bendavid, Esq._ |
| **KARA B. HENDRICKS, ESQ.** | **JEFFERY A. BENDAVID, ESQ.** |
| Nevada Bar No. 07743 | Nevada Bar No. 6220 |
| **KYLE A. EWING, ESQ.** | **CHRISTOPHER HANLEY, ESQ.** |
| Nevada Bar No. 014051 | Nevada Bar No. 11391 |
| **MADELEINE COLES, ESQ.** | **JACQUELINE VOKOUN, ESQ.** |
| Nevada Bar No. 16216 | Nevada Bar No. 16400 |
| 10845 Griffith Peak Drive Suite 600 | 7301 Peak Drive, Suite 150 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff, Geoff Winkler, in his Capacity as a Court-Appointed Receiver* | *Attorneys for Defendant Bryce Huff* |

This stipulation to extend is **GRANTED,** but no further extensions will be granted.
IT IS SO ORDERED.
Dated:  July 7, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

**Bendavid**Law
702.385.6114
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128