**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Giselle Bennett, et al.,<br>Defendant(s). | Case No. 2:26-cv-01001-CDS-NJK<br>**Order**<br>[Docket No. 146] |

Pending before the Court is Defendant Aspen Jacoby's motion to extend the deadline to respond to the complaint. Docket No. 146. Any response to that motion must be filed by July 21, 2026.

IT IS SO ORDERED.

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge