**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Geoff Winkler,
Plaintiff(s),
v.
Giselle Bennett, et al.,
Defendant(s).

Case No. 2:26-cv-01001-CDS-NJK

**Order**

[Docket No. 146]

Pending before the Court is Defendant Aspen Jacoby's motion to extend the deadline to respond to the complaint by 30 days. Docket No. 146. The Receiver filed a response indicating non-opposition. Docket No. 174. As Defendant Jacoby is in the process of attempting to retain counsel, sufficient justification is presented for an extension. Given the procedural posture of the case, however, the Court is not inclined to extend this deadline further. Accordingly, the Court **GRANTS** the motion to extend. Defendant Jacoby must respond to the complaint by August 14, 2026.

IT IS SO ORDERED.

Dated: July 22, 2026

Nancy J. Koppe
United States Magistrate Judge