LER UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Geoff Winkler,

Plaintiff

v.

Giselle Bennett, et al.,

Defendants

Case No. 2:26-cv-01001-CDS-NJK

**Order Striking the Defendant's Motion to Dismiss**

[ECF No. 116]

This is a purported fraudulent transfer case brought by court-appointed Receiver Geoff Winkler related to a Securities and Exchange Commission (SEC) enforcement action already pending in this district against numerous defendants. *See* ECF No. 88 in *SEC v. Matthew Beasley, et al.* ("the Beasley action"), Case No. 2:22-cv-00612-CDS-EJY.

The Receiver filed its complaint on March 31, 2026. Compl., ECF No. 1. Erik Silva Pinto filed a motion to dismiss as a purported authorized agent on behalf of defendant Silvia Maria Ekermann. *See* ECF No. 116. The court strikes Pinto's motion to dismiss as improper because third parties cannot represent the defendant and Ekermann's motion violates Federal Rule of Civil Procedure 11.[1] Consequently, it is stricken.

**Conclusion**

IT IS HEREBY ORDERED that Silvia Maria Ekermann's second motion to dismiss **[ECF No. 116] is STRICKEN.**

Dated: August 10, 2026

Cristina D. Silva
United States District Judge

[1] The court previously entered an order striking various filings at ECF No. 187.