KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
ewingk@gtlaw.com
madeleine.coles@gtlaw.com
anthony.torroll@gtlaw.com
***Attorneys for Plaintiff Geoff Winkler, in his Capacity as a Court-Appointed Receiver***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>GISELLE BENNETT, an individual; ANDREW LARKIN, an individual; SIDNEY CARTER, an individual; MAREN ROHNER, an individual; ANDREW M. RIVAS, an individual; PATRICK SANTORO, an individual; BRANDON B. McDONALD, an individual; ANN MABEUS, an individual; PHILLIP GOYETTE, an individual; DERON STADLER, an individual; SYDNEY JAGER, an individual; ELIE A. LEVI, an individual; DUSTY PULSIPHER, an individual; HYMAN SCHAFFNER, an individual; KELLI JAGER, an individual; ERIC L. MARSHALL, an individual; JEFFREY M. PEASON; an individual; SCOTT R. KANTER, an individual; JEFFREY J. ENO, an individual; RANDY SORENSEN, an individual; KYLE MAYER, an individual; KENNON McGEHEE, an individual; AUSTIN M. HARRIS, an individual; JOHN McDONOUGH, an | CASE NO. 2:26-cv-01001-CDS-NJK (consolidated with Case No. 2:26-cv-00997-JCM-NJK)<br><br>**STIPULATION TO ACCEPT SERVICE OF SUMMONS AND COMPLAINT AND SET DEADLINES TO RESPOND TO COMPLAINT**<br><br>[DEFENDANT BRANDON MCDONALD] |



ACTIVE 728005659v2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

individual; JACK (JACKIE) SHEMTOV, an individual; JASON GERBER, an individual; JORDAN TANNER, an individual; RONALD TANNER, an individual; and JAMISON ROHNER, an individual,

Defendants.

---

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

REINA RAMIREZ, an individual; CHRIS HATTER, an individual; KARI LEE, an individual; PHYLLIS A. LYMAN, an individual; GERALDO PILON, an individual; ALICE M. BROWN-FELIX, an individual; BRYCE HUFF, an individual; SILVIA EKERMAN, an individual; LOWELL G. RICE, an individual; JOHNNIE WILLIAMS, an individual; ANN BECK, an individual; LARRY HANNA, an individual; KELLY GWINN an individual; ASPEN JACOBY, an individual; JOSHUA WILLIAMS, an individual; DEREK RONNEBAUM, an individual; HERBERT LANG, an individual; WALTER FOEMAN; an individual; KENYA McCLOUD, an individual; TRAVIS NELSON, an individual; RYAN BIGGS, an individual; ANDREA ROSEGREEN, an individual; SHAD WILLIAMS, an individual; ANTHONY PUTERMAN, an individual; GRANT D. RICE an individual; JEROME V. WILLIAMS, an individual; and YAACOB KOREN, an individual.

Defendants.

Case No. 2:26-cv-00997-JCM-NJK

**IT IS HEREBY STIPULATED** by and among Plaintiff Geoff Winkler (the "***Receiver***"), as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; J and J Purchasing LLC; The Judd Irrevocable Trust; and BJ Holdings LLC (collectively, the "***J&J Enterprise***"), and Defendant Brandon McDonald ("McDonald"), as follows, with respect to Plaintiff's Complaint for Fraudulent Transfer (see ECF No. 1), filed on March 31, 2026:

1. On April 7, 2026, Plaintiff requested that Defendant McDonald waive personal service by sending him correspondence including two copies of the Waiver of Service of Summons and a copy of the Complaint for Fraudulent Transfer, via U.S. Mail and via his last known addresses. *See* F.R.C.P. 4(d)(1). A copy of the waiver package was also sent by electronic mail to Mr. McDonald and his counsel, Phillip Geurts.

2. No waiver of Service was returned executed by Defendant McDonald. As a result, Plaintiff began service attempts to Mr. McDonald via a process server.

3. On June 15, 2026, Plaintiff's process server attempted to serve Mr. McDonald and was informed by a relative that Mr. McDonald would not accept service and to contact his counsel.

4. Receiver's counsel communicated with Mr. McDonald's counsel, Phillip Geurts, at various points since the filing of the Complaint, discussing a potential resolution of claims alleged against Mr. McDonald. On September 9, 2026, Mr. Geurts confirmed he was authorized to and would accept service of the Complaint on behalf of his client. The parties continue to discuss potential resolution of the claims.

5. The Receiver and McDonald therefore stipulate that Philip Geurts is authorized to and does in fact accept service of the Summonses and Complaint directed to Defendant McDonald, effective September 9, 2026.

/ / /

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

6. Accordingly, the Receiver and Defendant McDonald stipulate that responsive pleading(s) will be due on behalf of Mr. McDonald on or before **September 30, 2026**.

**IT IS SO STIPULATED.**

Dated this 14th day of September, 2026

GREENBERG TRAURIG, LLP

/s/ Madeleine Coles

KARA B. HENDRICKS, Bar No. 07743
KYLE A. EWING, Bar No. 014051
MADELEINE COLES, Bar No. 16216
ANTHONY A. TORROLL, Bar No. 16640
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135

***Attorneys for Plaintiff, Geoff Winkler, in his Capacity as a Court-Appointed Receiver***

Dated this 14th day of September, 2026

GEURTS LAW FIRM

/s/ Phillip Geurts

PHILLIP GEURTS
17011 Beach Blvd
Suite 900
Huntington Beach, CA 92647

***Attorney for Brandon McDonald***

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2026